UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-60024 |
| VERSUS | : | JUDGE DOHERTY |
| KAMEL KAMAL AQUINO | : | MAGISTRATE JUDGE HILL |
| RAFAEL MEDINA SANTOS | : | |

**ORDER**

For the reasons set forth in the Government's Motion for Leave to Take the Depositions of Material Witnesses for Use at Trial, and pursuant to Federal Rule of Criminal Procedure 15(a), it is ORDERED that the deposition of DIOMAR A. ROMERO, be taken and preserved for use at trial, and that the government give notice to the defendant of the time, date, and place of such depositions.

FURTHER, it is also ORDERED that the United States Marshal for the district in which he is found, produce the body of the defendant, KAMEL KAMAL AQUINO, to be present for and participate in the deposition of this witness for purposes of trial utilization.

THUS DONE AND SIGNED THIS 2nd DAY OF MAY 2006, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE